

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-28,772-02

### EX PARTE JAMES EDWARD LONG, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1993-497-C2B IN THE 54TH DISTRICT COURT
### FROM MCLENNAN COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to imprisonment for twenty years.

Applicant contends that he is actually innocent and that had scientific evidence been presented at trial, on the preponderance of the evidence he would not have been convicted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); Tex. Code Crim. Proc. art. 11.073. We order that this application be filed and set for submission to determine whether: (1) Applicant's claims are

barred by Article 11.07, § 4 of the Code of Criminal Procedure; (2) Applicant is actually innocent; and (3) Applicant is entitled to relief under Article 11.073. The parties shall brief these issues.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 90 days of the date of this order.

Filed: November 9, 2016
Do not publish